October 20, 1969.

M. P. No. 627. Robert H. Zexter *et ux.* v. Zoning Board of Review of Town of Bristol. Heard on October 14, 1969 in response to Order to Show Cause why matter should not be remanded to Superior Court to be heard pursuant to G. L. 1956, §45-24-20, as amended. No cause having been shown, cause remanded to Superior Court to be heard forthwith. *Anthony R. Berretto,* for petitioners. *Ralph C. DeLuca,* Town Solicitor, for respondent.

M. P. No. 648. Charles Falugo, Jr. v. Zoning Board of Review of Town of Bristol. Show Cause Order in form and substance same as M. P. No. 627 above. *James F. McCoy,* for petitioner. *Ralph C. DeLuca,* Town Solicitor, for respondent.

M. P. No. 670. George M. Smith v. Zoning Board of Review of Town of Smithfield. Show Cause Order in form and substance same as M. P. 627 above. *James P. Quirk,* for petitioner. *John H. Hines, Jr.,* Town Solicitor, for respondent.

M. P. No. 697. Anthony DeNucci v. Zoning Board of Review of Town of Johnston. Show Cause Order in form and substance same as M. P. 627 above. *Gilbert* v. *Indeglia,* for petitioner. *John P. Bourcier,* Town Solicitor, for respondent.

M. P. No. 703. Joseph N. Zenga, Jr., *et al.* v. Zoning Board of Review of Town of East Greenwich. Show Cause Order in form and substance same as M. P. 627 above. *George A. Bristol,* for petitioners. *A. Earl Shaw, Jr.,* Town Solicitor, for respondent.

M. P. No. 709. Raymond Medeiros *et ux.* v. Zoning Board of Review of Town of Tiverton. Show Cause Order in form and substance same as M. P. 627 above. *Raymond A. LaFazia,* for petitioners. *William B. Sullivan,* Town Solicitor, for respondent.